# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** GEORGIA
### NEWNAN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Peach State Ambulance, Inc. | § | Case No. 16-12121 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES G. BAKER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 242,577.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 45,622.38

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 822,571.44

3) Total gross receipts of $868,193.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $868,193.82 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,061,486.24 | $179,535.50 | $179,535.50 | $24,987.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 804,159.04 | 804,159.04 | 804,159.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 38,412.40 | 18,412.40 | 18,412.40 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 380,168.57 | 261,406.59 | 261,406.59 | 20,635.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 986,559.03 | 3,266,740.25 | 3,266,740.25 | 0.00 |
| **TOTAL DISBURSEMENTS** | $4,428,213.84 | $4,550,253.78 | $4,530,253.78 | $868,193.82 |

4)  This case was originally filed under chapter 11 on 10/24/2016, and it was converted to chapter 7 on 02/09/2017.  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/16/2020                    By:/s/JAMES G. BAKER
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 978.82 |
| 2003 Ford F250 Pickup | 1129-000 | 2,600.00 |
| Checking account - United Community Bank - Operating Account | 1129-000 | 80,000.00 |
| Inventory - MedStar EMS Ambulance | 1129-000 | 2,000.00 |
| Inventory - Parts | 1129-000 | 12,000.00 |
| Office equipment-computers, printers,server,software, teleph | 1129-000 | 430.00 |
| Bond Refund | 1229-000 | 2,433.00 |
| Equipment | 1229-000 | 7,200.00 |
| Forklift | 1229-000 | 5,000.00 |
| Forklift Cage | 1229-000 | 200.00 |
| Sale of Ambulance G1336478 | 1229-000 | 134,950.00 |
| Sale of Ambulance G1336666 | 1229-000 | 134,950.00 |
| Sale of Ambulance G1336676 | 1229-000 | 134,950.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sale of Ambulance G1336719 | 1229-000 | 134,950.00 |
| Sale of Ambulance HBE66482 | 1229-000 | 135,575.00 |
| Sale of Ambulance HKA19972 | 1229-000 | 79,977.00 |
| **TOTAL GROSS RECEIPTS** | | **$868,193.82** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Olathe Dodge/Ram | | 46,721.00 | NA | NA | 0.00 |
| | Olathe Ford | | 115,127.42 | NA | NA | 0.00 |
| | Olathe Ford | | 28,345.49 | NA | NA | 0.00 |
| | Olathe Ford | | 290,911.90 | NA | NA | 0.00 |
| | TCF Equipment Finance | | 101,055.57 | NA | NA | 0.00 |
| | Wheeled Coach | | 404,957.40 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wheeled Coach | | 1,620,367.66 | NA | NA | 0.00 |
| | Wheeled Coach | | 404,467.60 | NA | NA | 0.00 |
| | Whelen Engineering | | 49,532.20 | NA | NA | 0.00 |
| 18 | Can Capital Asset Servicing, Inc. | 4110-000 | NA | 154,548.50 | 154,548.50 | 0.00 |
| 9 | State Bank And Trust Company | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| | State Bank & Trust Company | 4210-000 | NA | 24,987.00 | 24,987.00 | 24,987.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,061,486.24** | **$179,535.50** | **$179,535.50** | **$24,987.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES G. BAKER | 2100-000 | NA | 46,659.69 | 46,659.69 | 46,659.69 |
| JAMES G. BAKER | 2200-000 | NA | 16.01 | 16.01 | 16.01 |
| Foundation Ambulance, Inc. | 2500-000 | NA | 19,606.00 | 19,606.00 | 19,606.00 |
| Kelly Hoffer | 2500-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| REV Ambulance Orlando Group | 2500-000 | NA | 691,974.00 | 691,974.00 | 691,974.00 |
| Will Ragan | 2500-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| Union Bank | 2600-000 | NA | 4,577.79 | 4,577.79 | 4,577.79 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk, United States Bankruptcy Court | 2700-000 | NA | 15.00 | 15.00 | 15.00 |
| Office of the United States Trustee | 2950-000 | NA | 11,375.00 | 11,375.00 | 11,375.00 |
| James G. Baker P. C. | 3110-000 | NA | 9,322.00 | 9,322.00 | 9,322.00 |
| James G. Baker P. C. | 3120-000 | NA | 1,224.51 | 1,224.51 | 1,224.51 |
| Stonebridge Accounting & Forensics LLC | 3410-000 | NA | 10,544.00 | 10,544.00 | 10,544.00 |
| Stonebridge Accounting & Forensics LLC | 3420-000 | NA | 345.04 | 345.04 | 345.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $804,159.04 | $804,159.04 | $804,159.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Expenses: James G. Baker | 6102-001 | NA | 4.24 | 4.24 | 4.24 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): James G. Baker P. C. | 6110-000 | NA | 914.50 | 914.50 | 914.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm): James G. Baker P. C. | 6120-000 | NA | 164.49 | 164.49 | 164.49 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm): Stonebridge Accounting & Forensics LLC | 6310-000 | NA | 8,872.00 | 8,872.00 | 8,872.00 |
| Prior Chapter Accountant for Trustee Expenses (Trustee Firm): Stonebridge Accounting & Forensics LLC | 6320-000 | NA | 8.00 | 8.00 | 8.00 |
| Other Prior Chapter Professional Fees: Lamberth, Cifellis, Ellis & Nason, PA | 6700-000 | NA | 26,242.00 | 6,242.00 | 6,242.00 |
| Other Prior Chapter Professional Expenses: Lamberth, Cifellis, Ellis & Nason, PA | 6710-000 | NA | 1,305.37 | 1,305.37 | 1,305.37 |
| Other Prior Chapter Administrative Expenses: AETNA, Inc | 6990-000 | NA | 901.80 | 901.80 | 901.80 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$NA** | **$38,412.40** | **$18,412.40** | **$18,412.40** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brock Butts | | 156,897.00 | NA | NA | 0.00 |
| | Express Services, Inc. | | 11,299.76 | NA | NA | 0.00 |
| | Georgia Department of Revenue | | 30,422.21 | NA | NA | 0.00 |
| 14 | Blue Cross Blue Shield | 5400-000 | NA | 22,619.82 | 22,619.82 | 20,635.38 |
| 30 | Fayette County Tax Commissioner | 5800-000 | NA | 17,549.32 | 17,549.32 | 0.00 |
| 3 | Internal Revenue Service | 5800-000 | 181,549.60 | 221,237.45 | 221,237.45 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $380,168.57 | $261,406.59 | $261,406.59 | $20,635.38 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advance Auto Parts/AAP Financial Services | | 911.87 | NA | NA | 0.00 |
| | Advantage Sign Supply | | 2,197.70 | NA | NA | 0.00 |
| | Amico Corporation | | 156.80 | NA | NA | 0.00 |
| | Arrow Safety Device Co. | | 1,058.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atlanta Area Exting Svcs Inc. | | 1,603.66 | NA | NA | 0.00 |
| | Blue Cross Blue Shield | | 142.56 | NA | NA | 0.00 |
| | Cast Products, Inc. | | 7,763.51 | NA | NA | 0.00 |
| | Christian & Denaburg, PC | | 12,750.00 | NA | NA | 0.00 |
| | Cintas Corporation | | 1,725.38 | NA | NA | 0.00 |
| | Colonial Life | | 2,970.81 | NA | NA | 0.00 |
| | Diversified Electronics | | 189.84 | NA | NA | 0.00 |
| | Emsar | | 3,127.49 | NA | NA | 0.00 |
| | Erikson Fabrics, Inc. | | 118.05 | NA | NA | 0.00 |
| | Fastenal Vending | | 1,897.83 | NA | NA | 0.00 |
| | Flexicraft Industries, Inc. | | 263.50 | NA | NA | 0.00 |
| | GPDirect | | 3,028.65 | NA | NA | 0.00 |
| | Green's Compressor Svc | | 1,362.07 | NA | NA | 0.00 |
| | GSB Industries, Inc. | | 664.62 | NA | NA | 0.00 |
| | Guardian Insurance | | 4,411.93 | NA | NA | 0.00 |
| | Hanscom K Inc. | | 6,615.49 | NA | NA | 0.00 |
| | Horton Emergency Vehicle | | 190.64 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Houston Galveston Area Council | | 211.00 | NA | NA | 0.00 |
| | Integrated Leasing | | 10,600.00 | NA | NA | 0.00 |
| | Intertek Industrial Corp | | 4,027.61 | NA | NA | 0.00 |
| | Kaper II | | 937.66 | NA | NA | 0.00 |
| | Kedron Tire | | 109.95 | NA | NA | 0.00 |
| | Keyston Bros | | 1,072.79 | NA | NA | 0.00 |
| | Kinequip Inc South | | 361.52 | NA | NA | 0.00 |
| | Kussmaul Electronics | | 3,795.23 | NA | NA | 0.00 |
| | Laird Plastics, Inc. | | 922.35 | NA | NA | 0.00 |
| | Lonestar Emegency Vej | | 1,656.21 | NA | NA | 0.00 |
| | Lonseal, Inc. | | 7,180.48 | NA | NA | 0.00 |
| | Mermaid Mfg of SW Fla | | 4,565.00 | NA | NA | 0.00 |
| | Modern Auto | | 252,962.50 | NA | NA | 0.00 |
| | Molle Chervrolet | | 115,657.98 | NA | NA | 0.00 |
| | National Truck Equip Assn | | 250.00 | NA | NA | 0.00 |
| | Nexair | | 50.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Optronics International | | 354.56 | NA | NA | 0.00 |
| | Oreilly Auto Parks | | 683.09 | NA | NA | 0.00 |
| | Orr & Orr, Inc. | | 200.40 | NA | NA | 0.00 |
| | Peachtree Printing | | 156.35 | NA | NA | 0.00 |
| | Phoenix USA, Inc. | | 1,665.90 | NA | NA | 0.00 |
| | Pro Ai, LLC | | 481.12 | NA | NA | 0.00 |
| | Prudential | | 739.36 | NA | NA | 0.00 |
| | Pual Demers & Fils Inc. | | 2,152.20 | NA | NA | 0.00 |
| | Quench USA | | 101.76 | NA | NA | 0.00 |
| | Racing Radios, Inc. | | 277.84 | NA | NA | 0.00 |
| | RC Tronics Incorporated | | 16,484.65 | NA | NA | 0.00 |
| | Rico Suction Labs, Inc. | | 210.42 | NA | NA | 0.00 |
| | Saw Stop | | 41.60 | NA | NA | 0.00 |
| | Sensata Technologies Maryland | | 12,665.00 | NA | NA | 0.00 |
| | Sidney Lee Welding | | 3,227.28 | NA | NA | 0.00 |
| | Smithworks Medical Inc. | | 337.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | South Atlanta Mechanical HVAC | | 1,250.00 | NA | NA | 0.00 |
| | Southeastern Emerg Equip | | 9,166.09 | NA | NA | 0.00 |
| | Southside Auto Parts | | 1,916.71 | NA | NA | 0.00 |
| | Southtowne | | 140.19 | NA | NA | 0.00 |
| | Spare parts Specialists, Inc. | | 255.00 | NA | NA | 0.00 |
| | Tecniq Inc. | | 3,873.34 | NA | NA | 0.00 |
| | The Wise Company | | 3,671.50 | NA | NA | 0.00 |
| | Thompson Tractor Co. Inc. | | 3,110.58 | NA | NA | 0.00 |
| | Travelers Insurance | | 173.00 | NA | NA | 0.00 |
| | Ultimate Power Company | | 14,151.00 | NA | NA | 0.00 |
| | UPS Freight | | 1,966.64 | NA | NA | 0.00 |
| | Vans Electrical Systems | | 3,071.31 | NA | NA | 0.00 |
| | Velvac Inc. | | 4,196.34 | NA | NA | 0.00 |
| | Wheeled Coach | | 5,810.67 | NA | NA | 0.00 |
| | Wm J Redmond & Son, Inc. | | 135.00 | NA | NA | 0.00 |
| | YRC Freight | | 268.01 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | 8850 M 89 | 7100-000 | NA | 2,780.23 | 2,780.23 | 0.00 |
| 15 | Acs Of Georgia | 7100-000 | 53,149.16 | 143,850.45 | 143,850.45 | 0.00 |
| 27 | Affordable Ambulance, Llc | 7100-000 | NA | 167,333.34 | 167,333.34 | 0.00 |
| 5 | American Express Bank Fsb | 7100-000 | 97,204.99 | 101,314.55 | 101,314.55 | 0.00 |
| 26 | Arrowhead Graphics, Inc. | 7100-000 | 1,334.48 | 89,303.37 | 89,303.37 | 0.00 |
| 11 | Astralease Associates | 7100-000 | 128,493.90 | 96,000.00 | 96,000.00 | 0.00 |
| 7 | Austin Hardware & Supply | 7100-000 | 3,231.00 | 3,405.96 | 3,405.96 | 0.00 |
| 13 | Bank Of North Georgia, A Division Of Synovus Bank | 7100-000 | NA | 300,488.26 | 300,488.26 | 0.00 |
| 4 | City Electric Supply Company | 7100-000 | 40.60 | 114.39 | 114.39 | 0.00 |
| 12 | Danhard, Inc. | 7100-000 | 42,164.97 | 18,455.41 | 18,455.41 | 0.00 |
| 21 | Fastenal Company | 7100-000 | 24,104.00 | 28,025.76 | 28,025.76 | 0.00 |
| 8 | Greatamerica Financial Services Corporation | 7100-000 | NA | 4,829.73 | 4,829.73 | 0.00 |
| 24 | Harmon Dennis Bradshaw, Inc. | 7100-000 | 46,585.50 | 52,480.50 | 52,480.50 | 0.00 |
| 16 | Navitas Credit Corp. | 7100-000 | NA | 2,694.66 | 2,694.66 | 0.00 |
| 20 | Ppg Industries, Inc. Attn: Joel P. Dennison | 7100-000 | NA | 78,472.00 | 78,472.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | Rev Ambulance Group Orlando, Inc. | 7100-000 | NA | 479,944.88 | 479,944.88 | 0.00 |
| 19 | Rosco, Inc. | 7100-000 | 13,106.52 | 13,106.52 | 13,106.52 | 0.00 |
| 28 | Southside Communities Fire Protection, Inc. | 7100-000 | NA | 60,000.00 | 60,000.00 | 0.00 |
| 10 | State Bank And Trust Company | 7100-000 | NA | 962,785.19 | 962,785.19 | 0.00 |
| 1 | Stryker Medical | 7100-000 | 25,018.40 | 51,214.72 | 51,214.72 | 0.00 |
| 22 | Tcf Equipment Finance | 7100-000 | 1,196.30 | 127,115.86 | 127,115.86 | 0.00 |
| 17 | The Hale Law Firm | 7100-000 | NA | 2,424.18 | 2,424.18 | 0.00 |
| 2 | The Systems Depot | 7100-000 | 482.72 | 482.72 | 482.72 | 0.00 |
| 25 | Tyler Olson Llc | 7100-000 | NA | 322,177.09 | 322,177.09 | 0.00 |
| 29 | Cynthia K. Olson | 7200-000 | NA | 126,954.39 | 126,954.39 | 0.00 |
| 3 | Internal Revenue Service | 7300-000 | NA | 30,986.09 | 30,986.09 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $986,559.03 | $3,266,740.25 | $3,266,740.25 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-12121 | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | JAMES G. BAKER |
| Case Name: | Peach State Ambulance, Inc. | | | | Date Filed (f) or Converted (c): | 02/09/2017 (c) |
| | | | | | 341(a) Meeting Date: | 11/30/2016 |
| For Period Ending: | 03/16/2020 | | | | Claims Bar Date: | 05/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checking account - United Community Bank - Operating Account | 34,764.00 | 34,764.00 | | 80,000.00 | FA |
| 2.  Money Market Account - United Community Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3.  Checking account - State Bank | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4.  Accounts Receivable | 103,774.10 | 103,774.10 | | 978.82 | FA |
| 5.  Inventory - Parts | 500,000.00 | 500,000.00 | | 12,000.00 | FA |
| 6.  Inventory - Remounts | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 7.  Inventory - MedStar EMS Ambulance | 56,950.00 | 56,950.00 | | 2,000.00 | FA |
| 8.  Inventory - Used Inventory | Unknown | 0.00 | | 0.00 | FA |
| 9.  Office furniture - desks, chairs, file cabinets | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10. Office equipment-computers, printers,server,software, teleph | 5,000.00 | 5,000.00 | | 430.00 | FA |
| 11. 2003 Ford F250 Pickup | 5,000.00 | 5,000.00 | | 2,600.00 | FA |
| 12. Rebuild equipment, welding equipment, painting equipment, et | 187,077.00 | 187,077.00 | | 0.00 | FA |
| 13. Potential breach of contract & related claims against REV/Wh | Unknown | 10,000.00 | | 0.00 | FA |
| 14. Forklift (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 15. Forklift Cage (u) | 200.00 | 200.00 | | 200.00 | FA |
| 16. Equipment (u) | 7,200.00 | 7,200.00 | | 7,200.00 | FA |
| 17. Sale of Ambulance G1336719 (u) | 0.00 | 134,950.00 | | 134,950.00 | FA |
| 18. Sale of Ambulance G1336676 (u) | 0.00 | 134,950.00 | | 134,950.00 | FA |
| 19. Sale of Ambulance G1336666 (u) | 0.00 | 134,950.00 | | 134,950.00 | FA |
| 20. Sale of Ambulance G1336478 (u) | 0.00 | 134,950.00 | | 134,950.00 | FA |
| 21. Sale of Ambulance HKA19972 (u) | 0.00 | 79,977.00 | | 79,977.00 | FA |
| 22. Sale of Ambulance HBE66482 (u) | 0.00 | 135,575.00 | | 135,575.00 | FA |
| 23. Bond Refund (u) | 0.00 | 2,433.00 | | 2,433.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $960,465.10 | $1,727,750.10 | | $868,193.82 | $0.00 |

Exhibit 8
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Chapter 11 case filed 10/24/16.  Order entered 1/5/17 granting Motion for Approval of Appointment of James Baker as Trustee. Order entered 2/9/17 granting Motion to Convert Case to Chapter 7. Trustee filed Motion to sell some assets of the estate; Consent Order granting Motion to Sell entered 3/23/17. TDR prepared and submitted to UST.

| RE PROP # | 5 | -- | sold per Consent Order dated 3/23/17, Docket #100 |
| RE PROP # | 7 | -- | sold per Consent Order dated 3/23/17, Docket #100 |
| RE PROP # | 11 | -- | sold per Consent Order dated 3/23/17, Docket #100 |
| RE PROP # | 14 | -- | sold per Consent Order dated 3/23/17, Docket #100 |
| RE PROP # | 15 | -- | sold per Consent Order dated 3/23/17, Docket #100 |
| RE PROP # | 16 | -- | sold per Consent Order dated 3/23/17, Docket #100 |
| RE PROP # | 17 | -- | Consent Order entered 3/3/17, Docket #92, granting Sale |
| RE PROP # | 18 | -- | Consent Order entered 3/3/17, Docket #92, granting Sale |
| RE PROP # | 19 | -- | Consent Order entered 3/3/17, Docket #92, granting Sale |
| RE PROP # | 20 | -- | Consent Order entered 3/3/17, Docket #92, granting Sale |
| RE PROP # | 21 | -- | Consent Order entered 3/3/17, Docket #92, granting Sale |
| RE PROP # | 22 | -- | Consent Order entered 3/3/17, Docket #92, granting Sale |
| RE PROP # | 23 | -- | Refund |

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 06/30/2019

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-12121

Case Name: Peach State Ambulance, Inc.

Taxpayer ID No: XX-XXX9173

For Period Ending: 03/16/2020

Trustee Name: JAMES G. BAKER

Bank Name: Union Bank

Account Number/CD#: XXXXXX6535

Checking

Blanket Bond (per case limit): $35,660,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/17/17 | 4 | Williamsburg County Treasurer | Receivables | | 1121-000 | $895.51 | | $895.51 |
| 02/17/17 | 4 | City of Warrior | Receivables | | 1121-000 | $83.31 | | $978.82 |
| 02/17/17 | 1 | Peach State Ambulance | DiP checking account - close account | | 1129-000 | $87,410.00 | | $88,388.82 |
| 02/22/17 | 22 | City of Bristol, Tennessee | Per CO dated 3/3/17, DE #92, sale of Ambulance | | 1229-000 | $135,575.00 | | $223,963.82 |
| 02/22/17 | | Darlington County General Fund | Order entered 3/3/17, DE #92, sale of ambulance | | | $539,800.00 | | $763,763.82 |
| | | | Gross Receipts | $539,800.00 | | | | |
| | 17 | | Sale of Ambulance G1336719 | $134,950.00 | 1229-000 | | | |
| | 18 | | Sale of Ambulance G1336676 | $134,950.00 | 1229-000 | | | |
| | 19 | | Sale of Ambulance G1336666 | $134,950.00 | 1229-000 | | | |
| | 20 | | Sale of Ambulance G1336478 | $134,950.00 | 1229-000 | | | |
| 02/22/17 | 21 | Community First Bank-Pelzer Rescue Squad | Per CO dated 3/3/17, DE #92, sale of Ambulance | | 1229-000 | $79,977.00 | | $843,740.82 |
| 03/03/17 | 101 | REV Ambulance Orlando Group 2737 N. Forsyth Road Winter Park, FL 32792 | Per Order 3/3/17, Docket No. 92 (G1336719) | | 2500-000 | | $123,655.00 | $720,085.82 |
| 03/03/17 | 102 | Foundation Ambulance, Inc. 110 N. 85 Parkway Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92 G1336719 | | 2500-000 | | $3,612.50 | $716,473.32 |
| 03/03/17 | 103 | Will Ragan c/o Foundation Ambulance, Inc. 110 N. 85 Parkway Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92 G1336719 | | 2500-000 | | $1,500.00 | $714,973.32 |
| 03/03/17 | 104 | REV Ambulance Orlando Group 2737 N. Forsyth Road Winter Park, FL 32792 | Per Order 3/3/17, Docket No. 92 G1336676 | | 2500-000 | | $123,655.00 | $591,318.32 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Page Subtotals: $843,740.82   $252,422.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-12121
Case Name: Peach State Ambulance, Inc.

Taxpayer ID No: XX-XXX9173
For Period Ending: 03/16/2020

Trustee Name: JAMES G. BAKER
Bank Name: Union Bank
Account Number/CD#: XXXXXX6535
Checking
Blanket Bond (per case limit): $35,660,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/03/17 | 105 | Foundation Ambulance, Inc.<br>110 N. 85 Parkway<br>Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92<br>G1336676 | 2500-000 | | $3,612.50 | $587,705.82 |
| 03/03/17 | 106 | Will Ragan<br>c/o Foundation Ambulance, Inc.<br>110 N. 85 Parkway<br>Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92<br>G1336676 | 2500-000 | | $1,500.00 | $586,205.82 |
| 03/03/17 | 107 | REV Ambulance Orlando Group<br>2737 N. Forsyth Road<br>Winter Park, FL 32792 | Per Order 3/3/17, Docket No. 92<br>G1336666 | 2500-000 | | $123,655.00 | $462,550.82 |
| 03/03/17 | 108 | Foundation Ambulance, Inc.<br>110 N. 85 Parkway<br>Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92<br>G1336666 | 2500-000 | | $3,612.50 | $458,938.32 |
| 03/03/17 | 109 | Will Ragan<br>c/o Foundation Ambulance, Inc.<br>110 N. 85 Parkway<br>Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92 | 2500-000 | | $1,500.00 | $457,438.32 |
| 03/03/17 | 110 | REV Ambulance Orlando Group<br>2737 N. Forsyth Road<br>Winter Park, FL 32792 | Per Order 3/3/17, Docket No. 92<br>G1336478 | 2500-000 | | $123,655.00 | $333,783.32 |
| 03/03/17 | 111 | Foundation Ambulance, Inc.<br>110 N. 85 Parkway<br>Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92<br>G1336478 | 2500-000 | | $3,612.50 | $330,170.82 |
| 03/03/17 | 112 | Will Ragan<br>c/o Foundation Ambulance, Inc.<br>110 N. 85 Parkway<br>Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92<br>G1336478 | 2500-000 | | $1,500.00 | $328,670.82 |
| 03/03/17 | 113 | REV Ambulance Orlando Group<br>2737 N. Forsyth Road<br>Winter Park, FL 32792 | Per Order 3/3/17, Docket No. 92<br>HKA 19972 | 2500-000 | | $64,595.00 | $264,075.82 |
| 03/03/17 | 114 | Foundation Ambulance, Inc.<br>110 N. 85 Parkway<br>Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92<br>HKA 19972 | 2500-000 | | $4,900.00 | $259,175.82 |
| 03/03/17 | 115 | Kelly Hoffer | Per Order 3/3/17, Docket No. 92<br>HKA19972 | 2500-000 | | $1,500.00 | $257,675.82 |

Page Subtotals: $0.00 $333,642.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-12121

Case Name: Peach State Ambulance, Inc.

Taxpayer ID No: XX-XXX9173

For Period Ending: 03/16/2020

Trustee Name: JAMES G. BAKER

Bank Name: Union Bank

Account Number/CD#: XXXXXX6535

Checking

Blanket Bond (per case limit): $35,660,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/03/17 | 116 | REV Ambulance Orlando Group<br>2737 N. Forsyth Road<br>Winter Park, FL 32792 | Per Order 3/3/17, Docket No. 92<br>HBE66482 | | 2500-000 | | $132,759.00 | $124,916.82 |
| 03/03/17 | 117 | Foundation Ambulance, Inc.<br>110 N. 85 Parkway<br>Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92<br>HBE66482 | | 2500-000 | | $256.00 | $124,660.82 |
| 03/03/17 | 118 | Will Ragan<br>c/o Foundation Ambulance, Inc.<br>110 N. 85 Parkway<br>Fayetteville, GA 30214 | Per Order 3/3/17, Docket No. 92<br>HBE66482 | | 2500-000 | | $1,000.00 | $123,660.82 |
| 03/06/17 | 1 | Peach State Ambulance, Inc. | Transfer bank funds from DIP account | | 1129-000 | $80,000.00 | | $203,660.82 |
| 03/13/17 | | Foundation Ambulance, Inc. | Per Order 3/23/17, Docket #100, sale of personal property | | | $29,430.00 | | $233,090.82 |
| | | | Gross Receipts | $29,430.00 | | | | |
| | 5 | | Inventory - Parts | $12,000.00 | 1129-000 | | | |
| | 7 | | Inventory - MedStar EMS Ambulance | $2,000.00 | 1129-000 | | | |
| | 10 | | Office equipment-computers, printers,server,software, teleph | $430.00 | 1129-000 | | | |
| | 11 | | 2003 Ford F250 Pickup | $2,600.00 | 1129-000 | | | |
| | 14 | | Forklift | $5,000.00 | 1229-000 | | | |
| | 15 | | Forklift Cage | $200.00 | 1229-000 | | | |
| | 16 | | Equipment | $7,200.00 | 1229-000 | | | |
| 03/20/17 | 119 | State Bank & Trust Company<br>Brenda H. O'Donnell, VP<br>1970 Satellite Boulevard<br>Duluth, Georgia  30097 | Per Order 3/3/17, Docket No. 92, Motion to Sell | | 4210-000 | | $10,272.00 | $222,818.82 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $230.24 | $222,588.58 |

Page Subtotals:                    $109,430.00      $144,517.24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-12121

Case Name: Peach State Ambulance, Inc.

Taxpayer ID No: XX-XXX9173

For Period Ending: 03/16/2020

Trustee Name: JAMES G. BAKER

Bank Name: Union Bank

Account Number/CD#: XXXXXX6535

Checking

Blanket Bond (per case limit): $35,660,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $445.86 | $222,142.72 |
| 04/28/17 | 1 | Peach State Ambulance | DiP checking account - close account Reversal Check was written for wrong amount, returned NSF. A new check was issued and deposited on 3/6/17 | 1129-000 | ($87,410.00) | | $134,732.72 |
| 05/04/17 | 120 | State Bank & Trust Company Brenda H. O'Donnell, VP 1970 Satellite Boulevard Duluth, Georgia 30097 | Per Order 3/23/17, Docket #100, sale of personal property | 4210-000 | | $14,715.00 | $120,017.72 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $194.31 | $119,823.41 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $185.37 | $119,638.04 |
| 06/27/17 | 23 | Global Surety, LLC | Refund Ch. 11 Bond | 1229-000 | $2,433.00 | | $122,071.04 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $172.65 | $121,898.39 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $181.38 | $121,717.01 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $181.12 | $121,535.89 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $175.02 | $121,360.87 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $180.58 | $121,180.29 |

Page Subtotals: ($84,977.00)    $16,431.29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-12121 | Trustee Name: JAMES G. BAKER | |
| Case Name: Peach State Ambulance, Inc. | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX6535 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9173 | Blanket Bond (per case limit): $35,660,000.00 | |
| For Period Ending: 03/16/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $174.52 | $121,005.77 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $180.06 | $120,825.71 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $179.79 | $120,645.92 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.18 | $120,483.74 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $179.27 | $120,304.47 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $173.25 | $120,131.22 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $178.75 | $119,952.47 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $172.74 | $119,779.73 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $178.23 | $119,601.50 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $177.98 | $119,423.52 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $171.98 | $119,251.54 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $177.44 | $119,074.10 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $2,106.19 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-12121 | Trustee Name: JAMES G. BAKER | Exhibit 9 |
| Case Name: Peach State Ambulance, Inc. | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX6535 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9173 | Blanket Bond (per case limit): $35,660,000.00 | |
| For Period Ending: 03/16/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $171.48 | $118,902.62 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $176.93 | $118,725.69 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $176.66 | $118,549.03 |
| 08/19/19 | | Transfer to Acct # xxxxxx0033 | Transfer of Funds | 9999-000 | | $118,549.03 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $868,193.82 | $868,193.82 |
| | Less: Bank Transfers/CD's | $0.00 | $118,549.03 |
| | Subtotal | $868,193.82 | $749,644.79 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $868,193.82 | $749,644.79 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $119,074.10 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-12121
Case Name: Peach State Ambulance, Inc.

Taxpayer ID No: XX-XXX9173
For Period Ending: 03/16/2020

Trustee Name: JAMES G. BAKER
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0033
Checking
Blanket Bond (per case limit): $35,660,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/19/19 | | Transfer from Acct # xxxxxx6535 | Transfer of Funds | 9999-000 | $118,549.03 | | $118,549.03 |
| 11/25/19 | 2009 | Clerk of the Court 18 Greenville St. Newnan, GA 30264 | Remit to Court Reversal Check should have been payable to James G. Baker, Chapter 11 Trustee, for expenses. | 6102-000 | | ($4.24) | $118,553.27 |
| 11/25/19 | 2001 | JAMES G. BAKER CHAPTER 7 TRUSTEE 305 NORTH GREENWOOD STREET LAGRANGE, GA  30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $46,659.69 | $71,893.58 |
| 11/25/19 | 2002 | JAMES G. BAKER CHAPTER 7 TRUSTEE 305 NORTH GREENWOOD STREET LAGRANGE, GA  30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $16.01 | $71,877.57 |
| 11/25/19 | 2003 | Clerk, United States Bankruptcy Court 1340 Russell Federal Building 75 Ted Turner Drive, SW Atlanta, GA 30303 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2700-000 | | $15.00 | $71,862.57 |
| 11/25/19 | 2004 | Office of the United States Trustee U.S. Trustee Payment Center P. O. Box 6200-19 Portland, OR 97228 | Final distribution to claim 32 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $11,375.00 | $60,487.57 |
| 11/25/19 | 2005 | James G. Baker P. C. 305 North Greenwood St. LaGrange, GA  30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $9,322.00 | $51,165.57 |
| 11/25/19 | 2006 | James G. Baker P. C. 305 North Greenwood St. LaGrange, GA  30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3120-000 | | $1,224.51 | $49,941.06 |
| 11/25/19 | 2007 | Stonebridge Accounting & Forensics LLC P. O. Box 1290 Grayson, GA  30017 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $10,544.00 | $39,397.06 |

Page Subtotals:                                   $118,549.03          $79,151.97

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-12121

Case Name: Peach State Ambulance, Inc.

Trustee Name: JAMES G. BAKER

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0033

Checking

Taxpayer ID No: XX-XXX9173

For Period Ending: 03/16/2020

Blanket Bond (per case limit): $35,660,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/19 | 2008 | Stonebridge Accounting & Forensics LLC P. O. Box 1290 Grayson, GA  30017 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3420-000 | | $345.04 | $39,052.02 |
| 11/25/19 | 2009 | Clerk of the Court 18 Greenville St. Newnan, GA 30264 | Remit to Court | 6102-001 | | $4.24 | $39,047.78 |
| 11/25/19 | 2010 | James G. Baker P. C. 305 North Greenwood St. LaGrange, GA  30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6110-000 | | $914.50 | $38,133.28 |
| 11/25/19 | 2011 | James G. Baker P. C. 305 North Greenwood St. LaGrange, GA  30240 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6120-000 | | $164.49 | $37,968.79 |
| 11/25/19 | 2012 | Stonebridge Accounting & Forensics LLC P. O. Box 1290 Grayson, GA  30017 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6310-000 | | $8,872.00 | $29,096.79 |
| 11/25/19 | 2013 | Stonebridge Accounting & Forensics LLC P. O. Box 1290 Grayson, GA  30017 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6320-000 | | $8.00 | $29,088.79 |
| 11/25/19 | 2014 | Lamberth, Cifellis, Ellis & Nason, PA | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6700-000 | | $6,242.00 | $22,846.79 |
| 11/25/19 | 2015 | Lamberth, Cifellis, Ellis & Nason, PA | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6710-000 | | $1,305.37 | $21,541.42 |
| 11/25/19 | 2016 | AETNA, Inc c/o Karyn D. Heavenrich (Ga. Bar No. 334083) McGUIREWOODS LLP 1230 Peachtree St., N.E. Suite 2100 Atlanta, GA 30303 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6990-000 | | $901.80 | $20,639.62 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

Page Subtotals: $0.00    $18,757.44

Case 16-12121-whd    Doc 168    Filed 05/06/20    Entered 05/06/20 15:25:34    Desc Page 25 of 26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-12121                                       Trustee Name: JAMES G. BAKER          Exhibit 9
Case Name: Peach State Ambulance, Inc.                  Bank Name: Axos Bank
                                                        Account Number/CD#: XXXXXX0033
                                                        Checking
Taxpayer ID No: XX-XXX9173                              Blanket Bond (per case limit): $35,660,000.00
For Period Ending: 03/16/2020                           Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/19 | 2017 | Blue Cross Blue Shield<br>Po Box 5283<br>Carol Stream, Il 60197-5283 | Final distribution to claim 14 creditor account # representing a payment of 91.23 % per court order. | 5400-000 | | $20,635.38 | $4.24 |
| 11/25/19 | 2018 | James G. Baker<br>Chapter 11 Trustee<br>305 N. Greenwood Street<br>LaGrange, GA 30240 | chapter 11 trustee expenses | 6102-000 | | $4.24 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $118,549.03 | $118,549.03 |
| Less: Bank Transfers/CD's | $118,549.03 | $0.00 |
| Subtotal | $0.00 | $118,549.03 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $118,549.03 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Page Subtotals:                                        $0.00          $20,639.62

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0033 - Checking | $0.00 | $118,549.03 | $0.00 |
| XXXXXX6535 - Checking | $868,193.82 | $749,644.79 | $0.00 |
| | $868,193.82 | $868,193.82 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $868,193.82 |
| Total Gross Receipts: | $868,193.82 |